```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

UNITED WU ENTERPRISES, INC.,

        Plaintiff,

vs.                                   Case No.  2:05-cv-143-FtM-99SPC

MON CHERI BRIDALS, LLC,

        Defendant.
_____

### ORDER

This matter comes before the Court on defendant's Motion to Dismiss the Complaint (Doc. #29) and Amended Motion to Take Judicial Notice in Support of its Motion to Dismiss (Doc. #30); both filed on May 3, 2006.  Plaintiff filed an Amended Complaint (Doc. #33) on June 27, 2006.  In light of the Amended Complaint, defendant's motions will be denied as moot.

Accordingly, it is now

**ORDERED**:

1. Defendant's Motion to Dismiss the Complaint (Doc. #29) is **DENIED** as moot.

2. Defendant's Amended Motion to Take Judicial Notice (doc. #30) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this   28th   day of June, 2006.

_____
JOHN E. STEELE
United States District Judge