UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED WU ENTERPRISES, INC., FORMOSA
SUNRISE CORP., MDTW, INC., WEN J.
WU,

            Plaintiffs,

vs.                                 Case No. 2:05-cv-143-FtM-99SPC

MON CHERI BRIDALS, LLC, S. LANG,
INC. d/b/a MON CHERI BRIDALS, INC.,
and STEPHEN LANG, individually,

            Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #46), filed February 6, 2007, recommending defendant's Motion to Dismiss Amended Complaint be granted. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #46) is hereby **adopted** and defendant's Motion to Dismiss the Amended Complaint (Doc. #35) is **GRANTED**.

2. The Clerk shall enter judgment dismissing the case without prejudice, terminate all pending deadlines as moot, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __27th__ day of February, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties